IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BRADLEY MITCHELL                                                                    PLAINTIFF

　　v.　　　　　　　　　　CIVIL NO. 2:17-cv-02209-MEF

NANCY BERRYHILL, Commissioner
Social Security Administration                                                      DEFENDANT

## MEMORANDUM OPINION AND ORDER

Plaintiff, Bradley Mitchell, brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of Social Security ("Commissioner"). (ECF No. 1). On November 21, 2017, the Court denied Plaintiff's Motion for Leave to Proceed In Forma Pauperis and directed him to pay the filing fee. (ECF No. 9). On December 29, 2017, Plaintiff filed a Motion to Dismiss, stating that he does not have the funds to pay the filing fee. (ECF No. 10). Accordingly, Plaintiff's Motion to Dismiss is hereby granted, and the clerk is directed to dismiss Plaintiff's case without prejudice.

DATED this the 03rd day of January, 2018.

/s/ Mark E. Ford
HONORABLE MARK E. FORD
UNITED STATES MAGISTRATE JUDGE