IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BRADLEY MITCHELL                                                        PLAINTIFF

v.                          CIVIL NO. 2:17-cv-02209-MEF

NANCY BERRYHILL, Commissioner
Social Security Administration                                          DEFENDANT

## **JUDGMENT**

For the reasons stated in the Court's Memorandum Opinion and Order (ECF No. 10), the clerk is ordered to dismiss the Plaintiff's Complaint without prejudice.

IT IS SO ORDERED on this the 3rd day of January, 2018.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE